No. 97–887. W. P. ET AL., INDIVIDUALLY AND AS REPRESENTATIVES OF A CLASS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23(a) AND 23(b)(2) *v.* VERNIERO, ATTORNEY GENERAL OF NEW JERSEY, ET AL.; and

No. 97–1074. VERNIERO, ATTORNEY GENERAL OF NEW JERSEY, ET AL. *v.* W. P. ET AL., INDIVIDUALLY AND AS REPRESENTATIVES OF A CLASS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23(a) AND 23(b)(2). C. A. 3d Cir. Certiorari denied. Reported below: 119 F. 3d 1077.